IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND CONTINENTAL CASUALTY COMPANY, §§§§§ | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. 2:09-CV-00076 |
| RADIOLOGY ASSOCIATES, LLP., BRIAN K. RILEY, MARIE PECORE AND DANIEL PECORE, §§§§§ | |
| Defendants. § | |

### ORDER DISMISSING BRIAN K. RILEY AND ALL CLAIMS THAT PERTAIN TO BRIAN K. RILEY

On this day, the Court considered the motion to dismiss Brian K. Riley and all claims that pertain to him filed by National Fire Insurance Company of Hartford and Continental Casualty Company[D.E. #110]. After considering the motion, the Court finds that it should be granted. It therefore is

ORDERED that *National Fire Insurance Company of Hartford and Continental Casualty Company's Motion to Dismiss Riley and All Claims Regarding Riley* [D.E. #110] is hereby granted. It is further ORDERED that all claims regarding Brian K. Riley hereby are dismissed without prejudice. It is further ORDERED that Brian K. Riley is dismissed as a party to this lawsuit without prejudice.

Signed _____, 2010.

_____
THE HONORABLE HEYDEN HEAD,
UNITED STATES DISTRICT JUDGE